Kevin M. Solan, Esq.
(California Bar No. 118415)
ksolan@solanpark.com
SOLAN & PARK, LLP
685 Market Street, Suite 360
San Francisco, CA 94105
Telephone: 415/777-3300
Facsimile: 415/777-3301

Attorneys for Defendant
JOHN MORIARITY & ASSOCIATES
OF FLORIDA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'KEEFE'S, INC. a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN MORIARITY & ASSOCIATES OF FLORIDA, INC. a Massachusetts corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: 07-01986 VRW<br><br>**DEFENDANT'S REQUEST FOR STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

It is stipulated by and between counsel for all parties that the Case Management Conference currently scheduled for August 7, 2007 may be continued until August 28, 2007 at 9:00 a.m. before the Honorable Vaughn R. Walker due to a longstanding vacation scheduled by counsel for Defendant John Moriarty & Associates.

Dated: July 30, 2007

SOLAN & PARK LLP

By: *[signature]*
KEVIN M. SOLAN, Esq.
Attorneys for Defendant
JOHN MORIARITY & ASSOCIATES
OF FLORIDA, INC.

STIPULATION RE CASE MANAGEMENT CONFERENCE, CASE NO. 07-01986 VRW
{00110401-1}

1

**I AGREE TO THE ABOVE.**

Dated: July 30, 2007

FREELAND COOPER & FOREMAN LLP

By: _____
MARK I. SCHICKMAN
Attorneys for Plaintiff
O'KEEFE'S, INC.

**IT IS SO ORDERED.**

Dated: _____July 31_____, 2007

GRANTED
Judge Vaughn R Walker
United States District Court – Northern District