IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

O'KEEFFE'S, INC,                    No   C 07-1986 VRW

    Plaintiff,                    ORDER

    v

JOHN MORIARTY & ASSOCIATES OF
FLORIDA, INC,

    Defendant.
_____/

        On April 16, 2008, defendant's counsel submitted a letter to the court (Doc #44) stating that (1) was unable to file a timely discussion of Florida law; (2) he had just received a copy of the much-awaited defect report issued by the condominium board; (3) he would provide a copy of the report to counsel; and (4) he planned to speak with his client and then plaintiff's counsel to discuss

how to proceed. Counsel stated, "I anticipate having these conversations over the next week and will then file a letter updating the court on the status of this matter." Since April 16, 2008, the docket sheet in this case reflects no activity. Defendant's counsel is directed to submit a status report no later than July 31, 2008.

       IT IS SO ORDERED.

       VAUGHN R WALKER
       United States District Chief Judge