**SOLAN & PARK LLP**
ATTORNEYS AND COUNSELORS AT LAW
685 MARKET STREET, SUITE 360
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 777-3300 ~ FAX (415) 777-3301
law@solanpark.com

December 17, 2008

Ms. Cora Klein
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      Re: O'Keeffe's Inc. v. John Moriarty & Associates of Florida Inc.
          <u>U.S. District Court - Northern District California Case No. C071986(VRW)</u>

Dear Clerk:

Please find enclosed a Stipulation for Judge Walker's consideration. Please call me if you have any questions concerning the same.

                        Very truly yours,

                        SOLAN & PARK LLP

              By    /s/ Kevin M. Solan
                        Kevin M. Solan

KMS:kd
Encl.

cc: Mark Schickman, Esq.

Kevin M. Solan, Esq.
(California Bar No. 118415)
*ksolan@solanpark.com*
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California 94105
Telephone: 415/777-3300
Facsimile: 415/777-3301

Attorneys for Defendant
JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| O'KEEFFE'S, INC.<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC., et al.<br><br>Defendants<br><br>AND RELATED COUNTERCLAIM | CASE NO. C 07 1986 (VRW)<br><br>STIPULATION RE CONTINUANCE OF HEARING ON O'KEEFFE'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: January 29, 2009<br>Time: 2:30 p.m.<br>Courtroom: 6 |

It is stipulated by and between counsel for all parties that the hearing on Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues, currently scheduled for January 22, 2009, may be continued by the Court until January 29, 2009 at 2:30 p.m. before the Hon. Vaughn Walker, in order to accommodate the travel schedule of counsel for Defendant John Moriarty & Associates of Florida, Inc.

\\\

Respectfully submitted,

Dated: December 16, 2008

SOLAN & PARK LLP

By _____
Kevin M. Solan, Esq.
Attorneys for Defendant
John Moriarty & Associates of Florida, Inc.

I agree to the above request,

Dated: December 16, 2008

FREELAND COOPER & FOREMAN LLP

By _____
Mark I. Schlickman
Attorneys for Plaintiff O'Keeffe's Inc.

ORDER

Pursuant to the request of the Defendant, and the agreement of the Plaintiff, the hearing referred to above is continued from January 22, 2009 to January 29, 2009, at 2:30 p.m.

Dated: December 18, 2008

Vaughn R. Walker
United States District Judge

GRANTED
Judge Vaughn R Walker

STIPULATION RE CONTINUATION OF O'KEEFFE'S MOTION FOR SUMMARY JUDGMENT

- 2 -