SOLAN & PARK LLP
Kevin M. Solan, Esq. (CSB #118415)
685 Market Street, Suite 360
San Francisco, CA 94105
Telephone: 415/777-3300
Facsimile: 415/777-3301
E-Mail: ksolan@solanpark.com

Attorneys for Defendant,
JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC.

FREELAND COOPER & FOREMAN LLP
Mark I. Schickman (CSB #62653)
Daniel T. Bernhard (CSB #104229)
Cathleen S. Yonahara (CSB #203802)
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
E-Mail: schickman@freelandlaw.com
        bernhard@freelandlaw.com
        yonahara@freelandlaw.com

Attorneys for PLAINTIFF O'KEEFFE'S, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC., et al,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO.: C07 1986 (VRW)<br><br>STIPULATION AND ORDER RE ADR PROGRAM |

{00125373-1}                 STIPULATION AND ORDER RE ADR PROGRAM

1

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, that they withdraw from the Northern District of California District Court /Alternative Dispute Resolution Program which they initially entered into on August 3, 2007

Respectfully submitted,

Dated: April 9, 2009  SOLAN & PARK LLP

By: /s/ Kevin M. Solan
Kevin M. Solan, Esq.
Attorneys for Defendant
John Moriarty & Associates of Florida, Inc.

Dated: April 9, 2009  FREELAND COOPER & FOREMAN LLP

By: /s/
Mark I. Schickman
Attorneys for Plaintiff O'Keeffe's Inc.

ORDER

The above is hereby ordered.

Dated: April 16, 2009  By: /s/ Vaughn R. Walker
Vaughn R. Walker
United States Chief District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

{00125373-1}  STIPULATION AND ORDER RE ADR PROGRAM

2