Kevin M. Solan, Esq.
(California Bar No. 118415)
*ksolan@solanpark.com*
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California 94105
Telephone: 415/777-3300
Facsimile: 415/777-3301

Attorneys for Defendant
JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| O'KEEFFE'S, INC.<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC., et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C 07 1986 (VRW)<br><br>STIPULATION RE CONTINUANCE FOR SUBMISSION OF PAPERS RE PREJUDGMENT INTEREST ISSUE<br><br>Date: No Hearing Set<br>Courtroom: 6 |

It is stipulated by and between counsel for all parties that the date for submission of papers relating to prejudgment interest currently scheduled for June 30, 2009 is continued until July 10, 2009 in order to accommodate the out of state travel schedule of counsel for the defendant John Moriarty & Associates of Florida, Inc.

\\\

\\\

| | |
|---|---|
| Dated: June 23, 2009 | Respectfully submitted,<br><br>FREELAND COOPER & FOREMAN LLP<br><br>By  /s/ Mark I. Schickman<br>Mark I. Schickman<br>Attorneys for Plaintiff O'Keeffe's Inc. |
| Dated: June 19, 2009 | Respectfully submitted,<br><br>SOLAN & PARK LLP<br><br>By  /s/ Kevin M. Solan<br>Kevin M. Solan, Esq.<br>Attorneys for Defendant<br>John Moriarty & Associates of Florida, Inc. |

IT IS SO ORDERED:

Date: 6/29/2009

**GRANTED**
/s/ Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA